[No. 70429-0-I.   Division One.   July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAHAD V.D. HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-8-00201-1, Barbara A. Mack, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 70566-1-I.   Division One.   July 21, 2014.]

*In the Matter of the Marriage of* NANAKO TSUJIMOTO RASKOB, *Appellant*, and JOSH IAN RASKOB, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04363-2, James A. Doerty, J., entered June 12, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Schindler, JJ. Now published at 183 Wn. App. 503.

[No. 70765-5-I.   Division One.   July 21, 2014.]

*In the Matter of the Dependency of* A.N.S.

MICHELLE SPRUEL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-7-00285-6, Michael T. Downes, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70827-9-I.   Division One.   July 21, 2014.]

THOMAS BRETT HAGGERTY, *Appellant*, v. SAIYIN PHASAVATH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-00954-2, George N. Bowden, J., entered August 21, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.